# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| JOHN R. PURNELL III <br><br> *Plaintiff(s)* <br> v. <br> DELAWARE DEPARTMENT OF INSURANCE, ET.AL. <br><br> *Defendant(s)* | Civil Action No. 20-1058 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEPOSITION SOLUTIONS, LLC
t/a LEXITAS REPORTING
C/O THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        JOHN R. PURNELL III
        24 CORNWALL DRIVE
        NEWARK, DE 19711

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 8/25/20

CLERK OF COURT

/s/ John A. Cerino

*Signature of Clerk or Deputy Clerk*

FILED 2020 OCT 28 PM 1:58 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-1058.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))*

This summons & complaint for *(name of individual and title, if any)* **Deposition Solutions, LLC t/a Lexitas Reporting** was received by me on **8/26/2020**.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ at _____, and mailed a copy to the individual's last known address; or

[X] I served the summons & complaint on *(name of individual)* **Amy McLaren, operations manager**, at **c/o Corporation Trust Co., 1209 Orange Street, Wilmington, DE 19801**, who is designated by law to accept service of process on behalf of *(name of organization)* **Deposition Solutions, LLC t/a Lexitas Reporting**, on *(date)* **8/27/2020 at 9:53 a.m.**; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that is information is true.

Date: **8/27/2020**

*Server's signature*

**David A. Buchler**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: