AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| JOHN R. PURNELL III<br><br>*Plaintiff(s)*<br>v.<br>DELAWARE DEPARTMENT OF INSURANCE, ET.AL.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-1058<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FRANKLIN T. PYLE, JR.
28530 FERNDALE ROAD
MILLSBORO, DE 19966

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHN R. PURNELL III
24 CORNWALL DRIVE
NEWARK, DE 19711

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ John A. Cerino

Date: 8/25/20

*Signature of Clerk or Deputy Clerk*

FILED 2020 OCT 28 PM 1:59 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-1058.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons & complaint for *(name of individual and title, if any)* **Franklin T. Pyle, Jr.** was received by me on **8/26/2020**.

[ X ]  I personally served the summons & complaint on the individual at *(place)* **28530 Ferndale Road, Millsboro, DE 19966** on *(date)* **9/3/2020 at 5:25 p.m.**; or

[  ]  I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[  ]  I served the summons *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[  ]  I returned the summons unexecuted because _____; or

[  ]  Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: **9/4/2020**

*Donald E. Oliphant* (signature)
Server's signature

**Donald E. Oliphant, Jr., Special Process Server**

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: