IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN R. PURNELL, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 20-1058-RGA |
| | : | |
| DELAWARE DEPT. OF INSURANCE, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

WHEREAS, Defendant Bankers Insurance Company has filed a Motion to Dismiss and Opening Brief in Support (D.I. 3; D.I. 4);

WHEREAS, Plaintiff has file a request for an extension of time to respond (D.I. 17);

NOW THEREFORE, IT IS HEREBY ORDERED that, the request for an extension of time (D.I. 33) is GRANTED.  Plaintiff shall file his Answering Brief or response to the Motion to Dismiss by **January 15, 2021**.

 11/18/2020                        /s/ Richard G. Andrews            
Date                                                      United States District Judge