JOHN R. PURNELL III
24 CORNWALL DRIVE
NEWARK, DE 19711
(302) 401-8051

November 19, 2020


U.S. DISTRICT COURT
CLERK OF COURT
844 N. KING STREET
WILMINGTON, DE 19801

RE: *John R. Purnell III v. Delaware Dept. of Insurance et. al., Case ID 1:20-cv-01058-RGA. Change of address/ update.*

Dear Clerk:

Please let the record reflect that my mailing address is:

P.O. BOX 1456
BEAR, DE 19701

Thank you in advance!


Cordially,

*John R. Purnell* III

John R. Purnell III
Plaintiff - Pro Se`

FILED
NOV 25 2020
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JOHN R. PURNELL III
24 CORNWALL DRIVE
NEWARK, DE 19711



FILED
NOV 25 2020
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





U.S.M.S.
X-RAY

WILMINGTON DE
20 NOV 2020 PM 1 L

U.S. DISTRICT COURT
CLERK OF COURT
844 N. KING STREET
WILMINGTON, DE 19801