IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN R. PURNELL, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 20-1058-RGA |
| | : | |
| DELAWARE DEPARTMENT OF INSURANCE, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

     WHEREAS, Defendants Delaware Department of Insurance, Karen Weldin Stewart, Noel Eason Primos, Jessica Willey, Robin David, Nicole Holecek, and Franklin Pyle have filed a Motion to Dismiss and Opening Brief in support on July 30, 2021 (D.I. 26; D.I. 27);

     WHEREAS, an Answering Brief or response was due to be filed on August 13, 2021, and to date none has been filed;

     NOW THEREFORE, IT IS HEREBY ORDERED that, Plaintiff shall file an Answering Brief or response to the Motion to Dismiss by **September 9, 2021**. If Plaintiff fails to respond to the motion the motion will be decided on the papers submitted.

 August 18, 2021                                                         /s/ Richard G. Andrews
Date                                                                    United States District Judge