IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN R. PURNELL, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 20-1058-RGA |
| | : | |
| DELAWARE DEPARTMENT OF INSURANCE, et al., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

WHEREAS, Deposition Solutions, LLC has filed a Motion to Set Aside Entry of Default Entered Against Defendants Lexitas, Next Gen, and Wilcox & Fetzer along with an Opening Brief in Support (D.I. 33; D.I.34);

WHEREAS, Plaintiff has file a Request for Extension of Time to respond (D.I. 39);

NOW THEREFORE, IT IS HEREBY ORDERED that, the Request for Extension of Time (D.I. 39) is GRANTED.  Plaintiff shall file his Answering Brief or response to the Motion to Set Aside (D.I. 33)  by **November 19, 2021**.


October 29, 2021                                              /s/ Richard G. Andrews
Date                                                                   United States District Judge